UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10 B 22750 |
| | CHAPTER 13 |
| KAREN RUTH HOUDEK | |
| | JUDGE JANET S BAER |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DEUTSCHE NATIONAL TRUST CO

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 8 | 0283 1ST ARRS | $11,547.60 | $11,747.60 | $11,747.60 |
| Total Amount Paid by Trustee | | | | | $11,747.60 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-22750-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 12th day of August, 2014.

Debtor:
KAREN RUTH HOUDEK
159 SIERRA PASS DR
SCHAUMBURG, IL 60194

Attorney:
LEDFORD & WU
200 S MICHIGAN AVE #209
CHICAGO, IL 60604-2406
via Clerk's ECF noticing procedures

Mortgage Creditor:
HOME LOAN SERVICES INC
% PIERCE & ASSOCIATES PC
1 N DEARBORN #1300
CHICAGO, IL 60602

Mortgage Creditor:
CITIFINANCIAL
PO BOX 6030
SIOUX FALLS, SD 57117-6030

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
400 NATIONAL WAY
MS CA-919-01 23
SIMI VALLEY, CA 93065

Mortgage Creditor:
NATIONAL CITY BANK
% PIERCE & ASSOC
1 N DEARBORN #1300
CHICAGO, IL 60602

Creditor:
BAC HOME LOANS SERVICING LP
7105 CORPORATE DR
MS TX2-982-0303
PLANO, TX 75024

Mortgage Creditor:
DEUTSCHE BANK NA
% SELECT PORTFOLIO SERVICING
3815 S WEST TEMPLE
SALT LAKE CITY, UT 84115

ELECTRONIC SERVICE - United States Trustee

Date: August 12, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603